# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-12215-MDC

RHODIE D. FOWLER

983 ALLENGROVE STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RHODIE D. FOWLER

    983 ALLENGROVE STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    DAVID J. AVERETT ESQ
    7719 CASTOR AVE

    PHILADELPHIA, PA 19152

Date: 9/1/2020

                                      /S/ William C. Miller
                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee