UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**In re:  Rhodie Fowler**                                         Case No. 20-12215

**Debtor**                                                   Chapter 13

_____

NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Debtor, Rhodie Fowler, have filed an objection to the Proof of Claim you filed in this bankruptcy case.

Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your attorney must attend the hearing on the objection, scheduled to be held before the Honorable Magdeline D. Coleman, on October 27, 2020, at 10:30 a.m., in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Second Floor, Philadelphia, PA 19107.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:  9/14/2020                                          Attorney for Objector


                                                          /s/ David J. Averett, Esquire
                                                          _____
                                                          David J. Averett, Esquire
                                                          Law Offices of David J. Averett, P.C.
                                                          7719 Castor Avenue, 2nd Floor
                                                          Philadelphia, Pa 19152
                                                          I.D. No. 43760
                                                          Tel:  (215) 342-5024
                                                          Fax: (215) 742-2464