UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:  Rhodie Fowler** | Case No. 20-12215 |
| **Debtor** | Chapter 13 |

**PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM #2
OF THE BANK OF NEW YORK MELLON**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw debtor's objection to Proof of Claim **#2.**

BY:

/s/ David J. Averett, Esquire
_____
DAVID J. AVERETT, ESQUIRE
ATTORNEY FOR DEBTOR
# 43760

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**In re:  Rhodie Fowler**                                    Case No. 20-12215

**Debtor**                                                   Chapter 13

_____

## CERTIFICATE OF SERVICE

David J. Averett, Esquire, attorney for Objectors/Debtors, certifies that he served a copy of the Praecipe to Withdraw Objection to the Proof of Claim #2 upon the following persons by regular mail at the following addresses on December 15, 2020:

Bank of New York Mellon
c/o NewRez LLC
d/b/a Shellpoint Mortgage Servicing
P.O Box 10826
Greenville, SC 29603

Rhodie Fowler
983 Allengrove Street
Philadelphia, PA 19124

The following persons were served by electronic mail on the same date:

Office of the U. S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

                    BY:

                    /s/ David J. Averett, Esquire
                    _____
                    DAVID J. AVERETT, ESQUIRE
                    ATTORNEY FOR DEBTOR
                    # 43760