## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Rhodie Fowler, | : | |
| Debtor. | : | Bankruptcy No.  20-12215-MDC |

# O R D E R

**AND NOW**, a hearing (the "Hearing") was scheduled in the bankruptcy case of Rhodie Fowler (the "Debtor") for February 18, 2021 at 11:00 a.m. (ET) for the Court to consider (i) the Chapter 13 Standing Trustee's Motion for Dismissal (the "Motion to Dismiss"),[1] and (ii) confirmation of the Debtor's Amended Chapter 13 Plan (the "Plan").[2]

**AND**, Debtor's counsel, David J. Averett ("Mr. Averett") failed to appear at the Hearing or alert the Court that he was unable to appear.

**AND**, the Court continued the Hearing on the Motion to Dismiss and confirmation of the Plan to March 25, 2021 at 11:00 a.m. (ET) (the "Continued Hearing").

It is hereby **ORDERED** that Mr. Averett shall appear at the Continued Hearing, and failure to do so may result in the Court considering sanctions against Mr. Averett as appropriate.

Dated:   February 19, 2021

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

David J. Averett, Esquire
Law Offices of David J. Averett, P.C.
7719 Castor Avenue
Philadelphia, PA 19152

---

[1] Bankr. Docket No. 24.

[2] Bankr. Docket No. 38.

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912