IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                :
                                     :    Chapter 13
        RHODIE FOWLER,               :
                                     :    Bankruptcy No. 20-12215 (MDC)
                         Debtor.     :
-------------------------------------------------------x
```

# PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #41 filed by the City of Philadelphia on December 10, 2020.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: March 18, 2021        By:    */s/ Pamela Elchert Thurmond*
                                    PAMELA ELCHERT THURMOND
                                    Deputy City Solicitor
                                    PA Attorney I.D. 202054
                                    City of Philadelphia Law Department
                                    1401 JFK Blvd., 5th Floor
                                    Philadelphia, PA  19102-1595
                                    215-686-0508 (phone)
                                    215-686-0588 (facsimile)
                                    Email: Pamela.Thurmond@phila.gov