UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **In re:  Rhodie Fowler** | Case No. 20-12215 |
| **Debtor** | Chapter 13 |

## CERTIFICATE OF SERVICE

David J. Averett, Esquire, attorney for Debtor certifies that he did serve a copy of the Second Amended Plan dated March 17, 2021 upon the following persons by electronic mail on March 17, 2021:

Office of William C. Miller, Trustee
P.O. Box 229
Philadelphia, PA  19105

U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106

Service was made by regular mail on the following persons on March 17, 2021:

Rhodie Fowler
983 Allengrove Street
Philadelphia, PA 19124

All other creditors at the addresses set forth on the claims register.

BY:

/s/ David J. Averett
DAVID J. AVERETT, ESQUIRE
7719 CASTOR AVENUE
PHIALDELPHIA, PA  19152
(215) 342-5024
ATTORNEY FOR DEBTOR
#43760